UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD SULLIVAN, JR.,

        Plaintiff,                      Civil No. 07-12218
v.                                                   Hon. David M. Lawson

MICHIGAN DEPARTMENT OF
CORRECTIONS, TERESA WILLIAMS,
JOHN L. ABDOO, SHIRLEY GORDON,
LINDA TRIBLEY, RUM SPRADER,
J. KILLIPS, and S. COFFEY,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST JAMES KILLIPS AND SCOTT COFFEY

      Presently before the Court is the report issued on December 5, 2008 by Magistrate Judge Virginia M. Morgan pursuant to 28 U.S.C. § 636(b), recommending that this Court deny the plaintiff's motion for summary judgment against the defendants James Killips and Scott Coffee. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

      Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 71] is **ADOPTED**.

      It is further **ORDERED** that the plaintiff's motion for summary judgment against the

-2-

defendants James Killips and Scott Coffee [dkt # 28] is **DENIED**.

                                       s/David M. Lawson
                                       DAVID M. LAWSON
                                       United States District Judge

Dated: December 24, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 24, 2008

                         s/Felicia M. Moses
                         FELICIA M. MOSES

Case 2:09-cv-00049-GJQ-TPG   ECF No. 73 filed 12/24/08   PageID.534   Page 2 of 2